**RODNEY S. DIGGS, ESQ. (S.B.N: 274459)**
rdiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552

Attorney for Defendants,
**KEIYANA FORDHAM PILSON**
**PILSON LAW GROUP, P.C.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAQUAN JONES, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>HOLLYWOOD UNLOCKED, INC., a Delaware corporation; JASON LEE JOHNSON, an individual; GUARDINI BELLEFLEUR, an individual, BIGO TECHNOLOGY, PTE, LTD. A Singapore private limited company; KEIYANA FORDHAM PILSON, an individual; PILSON LAW GROUP, P.C., a professional corporation; and; and, DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-07929MEMF(PVCx)<br>*Assigned to Hon. Maame Ewusi-Mensah Frimpong*<br><br>**[PROPOSED] ORDER RE DEFENDANTS KEIYANA FORHAM PILSON AND PILSON LAW GROUP, P.C.'S REQUEST TO APPEAR TELEPHONICALLY AT MARCH 31, 2022 HEARING**<br><br>**Date:** March 31, 2022<br>**Time:** 10:00 a.m.<br>**Courtroom:** 8B<br><br>Complaint Filed:   October 5, 2021 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that the Court having considered Defendants **KEIYANA FORDHAM PILSON** and **PILSON LAW GROUP, P.C.'s** request, and for good cause shown, **IT IS HEREBY ORDERED** as follows:

- Counsel for Defendants KEIYANA FORDHAM PILSON and PILSON LAW GROUP, P.C. may appear telephonically on March 31, 2022 to the hearing on Defendants' Motion to Dismiss Plaintiff's complaint in this matter.

**IT IS FURTHER ORDERED:**

_____
_____
_____.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                             Honorable Fernando L. Aenlle-Rocha
                                             United States District Court Judge